F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 14 2018 ★

LONG ISLAND OFFICE

TGV
F. #2018R00639

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

PERRY FERRARA,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF MOTION

Criminal Docket No. ____-____ (____)

CR 18 434

HURLEY, J.
BROWN, M.J

PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant PERRY FERRARA's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:  Central Islip, New York
August 14, 2018

RICHARD P. DONOGHUE
United States Attorney
Eastern District of New York
Attorney for Plaintiff
610 Federal Plaza
Central Islip, New York 11722

By: _____
Thomas G. Voracek
Assistant United States Attorney
202/514-2126

Cc: Clerk of the Court
Richard S. Kestenbaum, Esq.